F I L E D
CLERK, U.S. DISTRICT COURT
2/22/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ TV _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2023 Grand Jury

| UNITED STATES OF AMERICA, | CR No. 2:24-cr-00119-FLA |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [8 U.S.C. §§ 1326(a), (b)(1), (b)(2): Illegal Alien Found in the United States Following Deportation] |
| OMAR ALEJANDRO RADILLO-GONZALEZ, aka "Omar Alejandro Radillo," aka "Omar Gonzalez Radillo," aka "Omar Gonzalez," aka "Omar Radillo," aka "Shorty," aka "Alejandro Mendez Tapia," | |
| Defendant. | |

The Grand Jury charges:

[8 U.S.C. §§ 1326(a), (b)(1), (b)(2)]

On or about June 10, 2023, defendant OMAR ALEJANDRO RADILLO-GONZALEZ, also known as ("aka") "Omar Alejandro Radillo," aka "Omar Gonzalez Radillo," aka "Omar Gonzalez," aka "Omar Radillo," aka "Shorty," aka "Alejandro Mendez Tapia," an alien, who had been officially deported and removed from the United States on or about December 6, 2016, was found in Los Angeles County, within the Central District of California, after knowingly and voluntarily re-entering

1 and remaining in the United States without having obtained permission
2 from the Attorney General or his designated successor, the Secretary
3 of Homeland Security, to reapply for admission to the United States
4 following deportation and removal.
5     Defendant RADILLO-GONZALEZ's previously alleged deportation and
6 removal from the United States occurred subsequent to defendant's
7 conviction for an aggravated felony, namely, Attempted Murder, in
8 violation of California Penal Code Section 644/187(a), on or about
9 October 17, 2006, in the Superior Court of the State of California,
10 County of San Bernardino, Case Number FVA026275.
11     Defendant RADILLO-GONZALEZ's previously alleged deportation and
12 removal from the United States occurred subsequent to defendant's
13 conviction for a felony, namely, Prisoner in Possession of a Weapon,
14 in violation of California Penal Code Section 4502(a), on or about
15 //
16 //
17 //

April 18, 2013, in the Superior Court of the State of California, County of Imperial, Case Number JCF30251.

                                      A TRUE BILL

                                        /s/
                                        Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

BENEDETTO L. BALDING
Assistant United States Attorney
Deputy Chief, General Crimes Section

J'ME K. FORREST
Assistant United States Attorney
General Crimes Section